UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21019-CV-WILLIAMS

PATSY WATSON,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 27) ("***Report***") on Defendant Carnival Corporation's Motion to Dismiss (DE 21) ("***Motion***"). In the Report, Judge Goodman recommends that the Motion be granted and Plaintiff's First Amended Complaint be dismissed without prejudice and with leave to file a second amended complaint. (DE 27 at 3.) Specifically, Judge Goodman finds that Plaintiff's First Amended Complaint is "overly conclusory and devoid of sufficient specific factual allegations." (*Id.*) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 27) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion to Dismiss (DE 21) is **GRANTED**.
3. Plaintiff's First Amended Complaint (DE 20) is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff shall file a second amended complaint within **FOURTEEN (14) DAYS** of the date of this Order. Failure to do so will result in dismissal of this matter.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of September, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE